**JOSEPH JOHN TURRI, SBN 181994**
**ATTILA PANCZEL, SBN 250799**
**INSURANCE LITIGATORS & COUNSELORS, PLC**
**212 W. Perkins St.**
**P.O. Box 940**
**Ukiah, CA 95482**
**Tel: (707) 391-2890**
**Fax: (707) 230-5525**

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JULIAN J. PARDINI, SB# 133878
Email: Julian.Pardini@lewisbrisbois.com
45 Fremont Street, Suite 3000
San Francisco, California 94105
Telephone: 415.362.2580
Facsimile: 415.434.0882

LINNA T. LOANGKOTE, SB# 287480
Email: Linna.Loangkote@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant WESTCHESTER SURPLUS LINES INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAHORE GOURMET FOOD, INC.,<br>Plaintiff,<br><br>v.<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY,<br>Defendant. | Case No. 2:26-cv-00228-TLN-CKD<br><br>STIPULATION AND ORDER REFERRING ACTION TO THE VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271 |

Plaintiff, Lahore Gourmet Food, Inc., by and through its undersigned counsel, and Defendant, Westchester Surplus Lines Insurance Company, by and through its undersigned counsel, hereby stipulate and agree as follows:

1. Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

2. The parties request that the Court enter an order referring this action to the VDRP on the terms set forth above.

/s/ Attila Panzel
Attila Panzel, Esq.
Insurance Litigators & Counselors, PLC
Attorney for Plaintiff

DATED: July 30, 2026

/s/ Julian Pardini
Julian Pardini, Esq.
Lewis Brisbois Bisgaard & Smith LLP
Attorney for Defendant

DATED: July 30, 2026

**IT IS SO ORDERED.**

The above Stipulation is approved. This action is hereby referred to the Voluntary Dispute Resolution Program (VDRP) pursuant to Local Rule 271.

DATED: July 30, 2026

Troy L. Nunley
Chief United States District Judge