**JOSEPH JOHN TURRI, SBN 181994**
**ATTILA PANCZEL, SBN 250799**
**INSURANCE LITIGATORS & COUNSELORS, PLC**
**212 W. Perkins St.**
**P.O. Box 940**
**Ukiah, CA 95482**
**Tel: (707) 391-2890**
**Fax: (707) 230-5525**

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JULIAN J. PARDINI, SB# 133878
Email: Julian.Pardini@lewisbrisbois.com
45 Fremont Street, Suite 3000
San Francisco, California 94105
Telephone: 415.362.2580
Facsimile: 415.434.0882

LINNA T. LOANGKOTE, SB# 287480
Email: Linna.Loangkote@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant WESTCHESTER SURPLUS LINES INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAHORE GOURMET FOOD, INC.,<br>Plaintiff,<br><br>v.<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY,<br>Defendant. | Case No. 2:26-cv-00228-TLN-CKD<br><br>STIPULATION AND ORDER TO VACATE ALL SET DEADLINES |

Plaintiff, Lahore Gourmet Food, Inc., by and through its undersigned counsel, and Defendant, Westchester Surplus Lines Insurance Company, by and through its undersigned counsel, hereby stipulate and agree as follows:

1. WHEREAS, on July 30, 2026, the Parties filed a Stipulation and Order to refer the matter to the Voluntary Dispute Resolution Program (VDRP), which the Court approved and ordered on July 31, 2026.

2. WHEREAS, due to the Parties and their respective counsel's availability, the Parties have agreed to a mediation date on December 8, 2026, with Mr. Gary Sanders.

NOW, THEREFORE, IT IS HEREBY STIPULATED:

1. In the interest of avoiding the accumulation of fees and costs through potentially unnecessary discovery and motion practice, and to allow the parties sufficient time to pursue an early informal resolution of this matter, the Parties stipulate that all set deadlines, including the discovery completion deadline and the deadline to file dispositive motion, are VACATED.

2. No later than fourteen (14) days after completion of the VDRP session, the parties will jointly file their VDRP Completion Report, consistent with E.D. Cal. L.R. 271(o).

3. If the Parties do not reach settlement at the VDRP, or within fourteen (14) days following, the Parties will propose a new scheduling order for the Court's consideration in their joint VDRP Completion Report.

/s/Attila Panczel
Attila Panczel, Esq.
Insurance Litigators & Counselors, PLC
Attorney for Plaintiff

DATED: October 21, 2026

___/s/ Linna Loangkote_____
Linna Loangkote, Esq.
Lewis Brisbois Bisgaard & Smith LLP
Attorney for Defendant

DATED: October 21, 2026

**IT IS SO ORDERED.**

The above Stipulation is approved.

DATED: October 21, 2026

Troy L. Nunley
Chief United States District Judge